**2009–1886.  State v. Leasure.**
Lucas App. No. L–07–1359, 2009-Ohio-986. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, O'CONNOR, and O'DONNELL, JJ., dissent.

**2009–1888.  State v. Stemm.**
Union App. No. 14–08–44, 2009-Ohio-1655. On motion for leave to file delayed appeal. Motion denied.
PFEIFER and LANZINGER, JJ., dissent.

**2009–1890.  State v. Humphrey.**
Cuyahoga App. No. 89476, 2008-Ohio-685. On motion for leave to file delayed appeal. Motion denied.

**2009–1893.  State v. Calhoun.**
Cuyahoga App. No. 91328, 2009-Ohio-2361. On motion for leave to file delayed appeal. Motion denied.
PFEIFER and LANZINGER, JJ., dissent.

**2009–1901.  State v. Armacost.**
Clermont App. No. CA2008–03–025, 2009-Ohio-554. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2009–1902.  State v. McDorman.**
Auglaize App. No. 2–09–16. On motion for leave to file delayed appeal. Motion denied.

**2009–1911.  State v. Nicholson.**
Cuyahoga App. No. 91652, 2009-Ohio-3592. On motion for leave to file delayed appeal. Motion granted.
O'CONNOR, O'DONNELL, and LANZINGER, JJ., dissent.

**2009–1944.  Ellis v. Ellis.**
Mahoning App. No. 08 MA 133, 2009-Ohio-4964. On motion to stay execution of court of appeals' judgment. Motion denied.
LANZINGER, J., dissents and would grant the motion subject to a $55,000 bond.

**2009–1959.  Cincinnati v. Harrison.**
Hamilton App. No. C–090702. On motion for expedited injunction pending appeal. Motion denied.

## APPEALS ACCEPTED FOR REVIEW

**2009–1498.  McCostlin v. State.**
Lake App. No. 2008–L–117, 2009-Ohio-4097. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

**2009–1525.  Smallwood v. State.**
Butler App. No. CA2009–02–057, 2009-Ohio-3682. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042; 2008-Ohio-6387, cause consolidated with 2009–1832, *Smallwood v. State,* Butler App. No. CA2009–02–057, 2009-Ohio-3682; and briefing schedule stayed.

**2009–1550.  Welker v. State.**
Richland App. No. 08–CA–262, 2009-Ohio-3632. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

**2009–1559.  Pickaway Cty. Skilled Gaming L.L.C. v. Cordray.**
Franklin App. No. 08AP–1032, 2009-Ohio-3483. Discretionary appeal not accepted.
LUNDBERG STRATTON and LANZINGER, JJ., dissent and would accept the appeal.
Discretionary cross-appeal accepted on Proposition of Law No. II.
LUNDBERG STRATTON, LANZINGER, and CUPP, JJ., would also accept the cross-appeal on Proposition of Law No. I.
PFEIFER, O'CONNOR, and O'DONNELL, JJ., dissent and would not accept the cross-appeal.